UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 12-20844
Honorable Denise Page Hood

v.

DOMINIQUE COLEMAN-BEY,

    Defendant.

_____/

## ORDER DENYING DEFENDANT'S REQUEST FOR EXTENSION OF TIME REGARDING MOTION TO VACATE SENTENCE

This matter is before the Court on Defendant's Request for Extension of Time Regarding a Motion to Vacate the Sentence pursuant to 28 U.S.C. § 2255 **[Docket No. 16, filed February 6, 2015]**.

Section 2255 authorizes a federal prisoner to move the district court to vacate a sentence. 28 U.S.C. § 2255(a). Motions brought under 28 U.S.C. § 2255 are subject to a one-year limitations period established by the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"). 28 U.S.C. § 2255(f); *Dunlap v. United States,* 250 F.3d 1001, 1004-05 (6th Cir. 2001). The AEDPA established a one-year limitations period for § 2255 motions, generally running from "the date on which the judgment of conviction becomes final." 28 U.S.C. § 2255(f)(1).

Because this is jurisdiction limitation, the Court denies Defendant's request for an extension.

Accordingly,

**IT IS ORDERED**, Defendant's Request for Extension of Time Regarding a Motion to Vacate the Sentence pursuant to 28 U.S.C. § 2255 **[Docket No. 16, filed February 6, 2015]** is **DENIED.**

        s/Denise Page Hood
        United States District Judge

Dated:  February 26, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 26, 2015, by electronic and/or ordinary mail.

        s/LaShawn R. Saulsberry
        Case Manager